1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11   DAMION SOWARD,                  )  Case No. CV 11-8905 SJO(JC)
                                     )
12                  Petitioner,      )
                                     )
13            v.                     )
                                     )  JUDGMENT
14   RESPONDENT,                     )
                                     )
15                  Respondent.      )
                                     )
16   ─────────────────────────────

17       Pursuant to the Court's Order Dismissing Action without Prejudice, this
18   action is dismissed without prejudice for lack of jurisdiction.
19
20       IT IS SO ORDERED AND ADJUDGED.
21
22       DATED:    November 6, 2011.
23
                              /s/ S. James Otero
24       _____
25              HONORABLE S. JAMES OTERO
                UNITED STATES DISTRICT JUDGE
26
27
28